**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KELCIE FINN, <br><br> Plaintiff, <br><br> v. <br><br> BAYER HEALTHCARE PHARMACEUTICALS, INC., et al., <br><br> Defendants. | Civil Action No. 16-1005 (SDW) (LDW) <br><br> **ORDER** <br><br> January 17, 2017 |

**WIGENTON**, District Judge.

Before this Court is the Report and Recommendation ("R&R") issued on December 20, 2016 by Magistrate Judge Leda D. Wettre ("Judge Wettre"), recommending that Plaintiff's Complaint be stricken and that her case be dismissed without prejudice. No objections to the R&R were filed.

This Court has reviewed the reasons set forth by Judge Wettre in the R&R and the other documents in this matter. Based on the foregoing, and for good cause shown, it is hereby

**ORDERED** that the R&R of Judge Wettre (Dkt. No. 31) is **ADOPTED** as the conclusions of law of this Court.

**SO ORDERED**.

s/ Susan D. Wigenton, U.S.D.J.

Orig:  Clerk
cc:    Parties
       Magistrate Judge Wettre